IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IDEMIA IDENTITY & SECURITY USA, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 3:18-cv-00239<br>)<br>) JUDGE CAMPBELL |
| JOSEPH MIGNECO, et al., | ) MAGISTRATE JUDGE BROWN<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 38), which was filed on July 2, 2018. Through the Report and Recommendation, the Magistrate Judge recommends Defendant Joseph Migneco be dismissed without prejudice for failure to obtain service of process under Rule 4(m) of the Federal Rules of Civil Procedure. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed. The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendant Joseph Migneco is **DISMISSED** from this action.

Also pending before the Court is a Joint Motion for Dismissal With Prejudice (Doc. No. 43), filed by Plaintiff and Defendant Biometrics4All, Inc., requesting this case be dismissed with prejudice as to that Defendant. Accordingly, Defendant Biometrics4All, Inc. is **DISMISSED**, with prejudice. All pending motions are denied, as moot, and the Clerk is directed to close the file.

This Order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE